

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### DOCKET No. 1:21-cv-04124 (KPF), (KHP)

---

**SHERRY SCALERCIO-ISENBERG**
-------------------------------------------------------------------x

    Plaintiff  [ProSe]

   -against-

**MEMO ENDORSED**

**GOLDMAN SACHS MORTGAGE COMPANY**
-----------------------------------------------------------------------x

      **(**Defendant #1)

**MTGLQ INVESTORS LP.**
-----------------------------------------------------------------------x

      (Defendant #2)

**To:** The Honorable Katherine Polk Failla

**From:** Sherry Scalercio-Isenberg

**Subject:**  Motion Request for ECF Filing Access for Docket No. 1:21-cv-04124.

Dear Judge,

I am requesting the  Docket no. listed above, be added to my Court filing access under my current Pacer account credentials.
Thank you for your time,



Sincerely,

_____
**Sherry Scalercio-Isenberg**
**Phone:  973-534-7095**

The Court is in receipt of Plaintiff's letter seeking ECF filing privileges in this case.  (Dkt. #10).  Before the Court may consider Plaintiff's request, Plaintiff must file a motion for permission for electronic case filing.  Accordingly, Plaintiff's request is denied without prejudice.  A form that Plaintiff may use to file such a motion is attached to this email.  Plaintiff has consented to electronic service.  (Dkt. #2).

Dated:     June 10, 2021           SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____
Write the full name of each plaintiff or petitioner.

-against-

_____

_____
Write the full name of each defendant or respondent.

No. \_\_\_\_\_CV_____

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _____.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ☐ a computer with internet access and a word processor

    type of computer I will be using: _____

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

      type of word processor I will be using: _____

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

      scanning equipment I will be using: _____

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

      version of PDF reader and writer that I will be using:

_____

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

_____       _____
Dated                                                   Signature

_____
Name

_____   _____   _____   _____
Address                            City                      State     Zip Code

_____       _____
Telephone Number                             E-mail Address