UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SHERRY SCALERCIO-ISENBERG,

                Plaintiff,

-against-                                 21 **CIVIL** 4124 (KPF)

### **JUDGMENT**

GOLDMAN SACHS MORTGAGE COMPANY
and MTGLQ INVESTORS LP,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 09, 2022, Defendants' motion to dismiss with prejudice is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       August 12, 2022

                                              **RUBY J. KRAJICK**

                                               **Clerk of Court**
                    **BY:**

                                               **Deputy Clerk**